IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EMILY RAONA NUNEZ,

      Appellant,

v.

BRANDON RAONA,

      Appellee.

Case No.    5D22-1268
LT Case No. 2017-DR-15425-O

_____/

Opinion filed December 30, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Michael Kraynick, Judge.

Gary S. Israel, of Gary Israel, P.A.,
Orlando, for Appellant.

Nikie Popovich, of Popovich Law
Firm, P.A., Orlando, for Appellee.

PER CURIAM.

      Emily Raona Nunez appeals the trial court's nonfinal orders: 1) denying

her motion to continue the hearing on former husband's motions to

temporarily modify the parties' parenting plan; 2) granting former husband's

motions for temporary modification; and 3) awarding former husband his attorney's fees.  We treat Nunez's appeal of the trial court's nonfinal order denying her motion to continue as a petition for writ of certiorari and deny it.  *See* Fla. R. App. P. 9.040(c).  We affirm the trial court's order granting temporary modification without further comment.  *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979). Finally, because the trial court's order awarding former husband his attorney's fees does not quantify that award, we are without jurisdiction to review that aspect of the order. *See, e.g.*, *Burns v. Houk*, 300 So. 3d 781, 782 (Fla. 5th DCA 2020). We therefore dismiss this portion of Nunez's appeal.

AFFIRMED, in part; DENIED, in part; and DISMISSED, in part.

COHEN, TRAVER and NARDELLA, JJ., concur.